**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CIRUL, et al | * |
|    Plaintiffs | *  Case No.:  1:89-cv-00765 |
| v. | * |
| ARMSTRONG WORLD INDUSTRIES, et al | * |
|    Defendants | * |

   *   *   *   *   *   *   *   *   *   *   *

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

     1.     Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike their appearance, and complied with Local Rule 101 in moving to strike their appearance; and,

     2.     Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate notice of its motion, including to the defendant ACandS, Inc.

     THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford, Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

 

                                                                                  District Judge